## Commonwealth *v.* Hayes, Appellant.

Submitted April 13, 1970. *Barris Siegel*, for appellant; *Robert C. Reed*, Assistant District Attorney, and *John G. Good, Jr.*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.